# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
                                                                               Case No. 25-mj- 193-01-AJ
An iPhone in a Black/Purple Case, Which Law )
Enforcement Seized on June 30, 2025 from )
Daris Rafael Melo Vittini )

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

  See Attachment A to McGee Affidavit

located in the _____ District of __New Hampshire__ , there is now concealed *(identify the person or describe the property to be seized)*:

  See Attachment B to McGee Affidavit

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with the intent to distribute controlled substances |

The application is based on these facts:
See Affidavit of Michael J. McGee (attached).

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Michael J. McGee
*Applicant's signature*

Michael J. McGee, FBI Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __telephone__ *(specify reliable electronic means)*.

Date: **Sep 2, 2025**

*Judge's signature*

City and state: Concord, New Hampshire      Hon. Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*